IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. BLACK and CARYN BLACK, | : : : CIVIL ACTION : NOS. 14-2733 & 14-2734 |
| Appellants, | : |
| v. | : : BANKRUPTCY CASE |
| RONALD D GIGLIOTTI and CHRISTOPHER J GIGLIOTTI GROUP CORP., & THE PAUL REVERE INSURANCE CO. | : NOS. 11-18910 & 12-11986 : : ADVERSARY NOS. : 12-0449 & 12-0471 |
| Appellees | : |

## ORDER

AND NOW, this 6th day of August, 2014, upon consideration of the parties' appellate briefs, it is hereby **ORDERED** that the Bankruptcy Court's Order of March 26, 2014 is **AFFIRMED.**

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-2733 in re ronald gigliotti\14cv2733.appeal.order.docx