**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL R. BLACK | : | |
| and | : | |
| CARYN BLACK, | : | CIVIL ACTION |
| | : | NOS. 14-2733 & 14-2734 |
| Appellants, | : | |
| v. | : | |
| | : | BANKRUPTCY CASE |
| RONALD D GIGLIOTTI | : | NOS. 11-18910 & 12-11986 |
| and CHRISTOPHER J GIGLIOTTI | : | |
| GROUP CORP., & THE PAUL REVERE | : | ADVERSARY NOS. |
| INSURANCE CO. | : | 12-0449 & 12-0471 |
| Appellees | : | |

## **ORDER**

AND NOW, this 11th day of September, 2014, upon consideration of the parties' motion briefs, it is hereby **ORDERED** that the Plaintiffs' motion for rehearing (ECF 11) is **DENIED.**

                                                **BY THE COURT:**

                                                **/s/ Michael M. Baylson**

                                                _____
                                                **Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-2733.2734 in re ronald gigliotti\14cv2733.appeal.rehearing.order.docx